# United States District Court
## Western District of North Carolina
### Statesville Division

| | | |
|---|---|---|
| TERRY LYNN HARRIS, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:14-CV-00098-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU HEDRICK | ) | |
| ADRIAN W. DELLINGER | ) | |
| RICHARD D. THOMAS | ) | |
| FRANK L. PERRY, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 20, 2014, Order.

Signed: October 20, 2014

Frank G. Johns, Clerk
United States District Court